393 A.2d 434

John G. SMAIL, Appellee,

v.

Robert M. CARSON, Executor of the Estate of Robert C. Fenton, alias dictus Robert Fenton, alias dictus C. R. Fenton, Appellant.

Supreme Court of Pennsylvania.

Argued Sept. 25, 1978.

Decided Oct. 16, 1978.

Christ C. Walthour, Jr., Greensburg, for Robert M. Carson.

Stuart J. Horner, Jr., Greensburg, for Mellon Bank, N.A., Trustee.

Jon M. Lewis, Greensburg, for John G. Smail.

Before O'BRIEN, ROBERTS, POMEROY, NIX, MANDERINO and LARSEN, JJ.

## OPINION OF THE COURT

PER CURIAM:

Decree affirmed.

Each side to pay own costs.

EAGEN, C. J., did not participate in the decision or consideration of this case.